IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Pamela Wagstaff, on behalf of herself and others similarly situated, ) ) ) | Case No. 1:16-cv-00526-JDL |
| Plaintiff, ) ) | STIPULATION OF DISMISSAL |
| vs. ) ) ) | |
| Viking Client Services, Inc. ) ) | |
| Defendant. ) ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate and agree that Plaintiff's individual claims be dismissed, with prejudice, and the putative class's claims be dismissed, without prejudice, with each party bearing its own attorney's fees and costs.

Dated: May 24, 2017

/s/ Douglas F. Jennings
Douglas F. Jennings (ME Bar # 3544)
Walker & Jennings, PA
144 Water Street
Hallowell, ME 04347
Phone: (207) 621-8188
Fax: (207 621-1343
dfjlaw@live.com

/s/ Jesse S. Johnson
Jesse S. Johnson (*pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Phone: (561) 750-3000
Fax: (561) 961-5684
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

/s/ Robert E. Mittel
Robert E. Mittel
MITTEL ASEN LLC

2

                                              85 Exchange Street, 4th Floor
                                              Portland, ME 04101
                                              Phone: (207) 775-3101
                                              rmittel@mittelasen.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2017, I filed the foregoing with the Court via the Clerk of Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                              */s/ Jesse S. Johnson*
                                              Jesse S. Johnson